## Monte L. Goad, Appellant, v. Thelma Stoner Phipps, Appellee.

### Gen. No. 9,432.

opinion filed October 26, 1944; released for publication November 21, 1944. Mann & Stifler, for appellant; Alton B. Cofer, for appellee. Opinion by JUSTICE HAYES. **Not to be published in full.**